# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:14 cr 35

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | |
| ) | **ORDER** |
| **JARRETT D. MITCHEM,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Joint Motion to Accept Early Payment of Monetary Penalties (#26). It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Joint Motion to Accept Early Payment of Monetary Penalties (#26) is hereby **ALLOWED.** The United States Clerk of Court is hereby **ORDERED** to accept prepayment of monetary penalties and deposit those funds in a non-interest bearing Treasury Registry Fund until entry of the Judgment in this matter and further, the Clerk of this Court is directed to, upon entry of Judgment, transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims.

Signed: January 29, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge